IN THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA

GENERAL JURISDICTION

TIMETHIA BROWN,

    Plaintiff,

                                  CASE NO.
                                  SECTION

v.

ADVANCED CONCEPT INNOVATIONS, LLC,

    Defendant,

_____/

### COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND REQUEST FOR JURY TRIAL

Plaintiff, TIMETHIA BROWN, files this action against the Defendant, ADVANCED CONCEPT INNOVATIONS, LLC, and states as follows:

1) This is an action exceeding $15,000.00 in damages, exclusive of interest, costs and attorney's fees. All acts that give rise to this action occurred in Polk County.

2) The Plaintiff, TIMETHIA BROWN, is a resident of Lakeland, FL and is a former employee of the Defendant, ADVANCED CONCEPT INNOVATIONS, LLC, employed as a customer service representative and is 28 years old.

3) The Defendant, ADVANCED CONCEPT INNOVATIONS, LLC, is a Florida corporation formed under the laws of the State of Florida, doing business in Lakeland, Polk County, Florida.

4) This Court has jurisdiction over the parties and the herein and that venue is proper in the Tenth Judicial Circuit Court in and for Polk County.

5)      The Defendant Advanced Concept Innovations, LLC is a contract packaging and manufacturing business which employs numerous individuals in Polk County, Florida.

6)      The plaintiff has filed a charge of discrimination with the Florida Commission on Human Relations on August 28, 2018, which was dismissed on April 19, 2019. A Copy of the charge and notice of dismissal are attached as Exhibit A and B. The Defendant has met all conditions precedent to bringing this action.

7)      The Plaintiff, TIMETHIA BROWN was employed by ADVANCED CONCEPT INNOVATIONS, LLC as a customer service representative starting in September of 2015.

8)      Ms. Brown suffered from Ptyalism during her pregnancy and was out on FMLA which ended on May 14, 2018, for a difficult pregnancy. She reported to work on May 14, 2018, and was terminated due to her disability even though she was able to perform her job. The Defendant refused to provide Ms. Brown with a reasonable accommodation.

9) Ms. Brown is African-American, and alleges discrimination because of her race.

## COUNT I

## FLORIDA CIVIL RIGHTS ACT

10)     Paragraphs 1-9 are re-alleged and incorporated herein.

11)     Plaintiff, TIMETHIA BROWN, has filed a complaint with the Equal Employment Opportunity Commission and with the Florida Commission on Human Relations on or about August 28, 2018, alleging discrimination on the basis of disability. (A copy of the complaint is attached as Exhibit A). On April 19, 2018, she was provided a dismissal and notice of rights by the Equal Employment Opportunity Commission, a copy of which is attached as Exhibit B).

 12)    Plaintiff seeks injunctive relief, back pay and other damages under the Florida Statute Section 760.11.

WHEREFORE, the Plaintiff, TIMETHIA BROWN, seeks an order from the Court:

(A) Awarding compensatory damages as allowed under law for lost wages and any other relief deemed proper by the Court and allowed by law, including emotional pain, suffering and humiliation caused by Defendant's act of discrimination against the Plaintiff;

(B) Awarding payment of a reasonable attorney's fee and costs of the action and such other and further relief as the Court may deem just and proper against the Defendant;

(C) Enjoining the Defendant from discriminating in the future on the basis of the Plaintiff's disabilities.

(D) Requiring that the Plaintiff be reinstated to her position with Defendant;

(E) Awarding the Plaintiff punitive damages so as to punish and deter Defendant from committing outrageous acts of discrimination in the future.

## COUNT II

## FLORIDA CIVIL RIGHTS ACT

13) Paragraphs 1-12 are re-alleged and incorporated herein.

14) Plaintiff, TIMETHIA BROWN, has filed a complaint with the Equal Employment Opportunity Commission and with the Florida Commission on Human Relations on or about on August 28, 2019, which were dismissed on April 19, 2019, alleging discrimination on the basis of race. (A copy of the complaint and determination are attached as Exhibit A and Exhibit B).

15) Plaintiff seeks injunctive relief, back pay and other damages under the Florida Statute Section 760.11.

WHEREFORE, the Plaintiff, TIMETHIA BROWN, seeks an order from the Court:

(A) Awarding compensatory damages as allowed under law for lost wages and any other relief deemed proper by the Court and allowed by law, including emotional pain, suffering and humiliation caused by Defendant's act of discrimination against the Plaintiff;

(B) Awarding payment of a reasonable attorney's fee and costs of the action and such other and further relief as the Court may deem just and proper against the Defendant;

(C) Enjoining the Defendant from discriminating in the future on the basis of the Plaintiff's race.

(D) Awarding the Plaintiff punitive damages so as to punish and deter Defendant from committing outrageous acts of discrimination in the future.

(E) Awarding the Plaintiff punitive damages so as to punish and deter Defendant from committing acts of discrimination in the future.

## COUNT III

## COUNT II I– TITLE VII – GENDER DISCRIMINATION

16) Paragraphs 1-15 are re-alleged and incorporated herein.

17) Title VII, 42 U.S.C. § 2000e-2, states in pertinent part that it is unlawful for an employer "to discharge any individual…because of such individual's…sex."

18) Plaintiff, TIMETHIA BROWN, has filed a complaint with the Equal Employment Opportunity Commission and with the Florida Commission on Human Relations on or about August 28, 2019, alleging discrimination on the basis of gender. (A copy of the complaint is attached as Exhibit A). On April 19, 2019, she was provided a dismissal and notice of rights by the Equal Employment Opportunity Commission. (A copy of which is attached as Exhibit B).

19) The aforementioned acts of Defendant—especially termination of Plaintiff's employment—constitutes unlawful and intentional discrimination against Plaintiff because of her

gender, in violation of Title VII, 42 U.S.C. § 2000e. et. seq. As a direct and proximate result of Defendant's unlawful and intentional termination of Plaintiff, Plaintiff has suffered injury, including, but not limited to, lost and foregone wages and benefits.

20) Plaintiff seeks injunctive relief, back pay and other damages under Title VII, 42 U.S.C. § 2000e. et. seq.

WHEREFORE, the Plaintiff, TIMETHIA BROWN, seeks an order from the Court:

(A) Awarding compensatory damages as allowed under law for lost wages and any other relief deemed proper by the Court and allowed by law, including emotional pain, suffering and humiliation caused by Defendant's act of discrimination against the Plaintiff;

(B) Awarding payment of a reasonable attorney's fee and costs of the action and such other and further relief as the Court may deem just and proper against the Defendant;

(C) Enjoining the Defendant from discriminating in the future on the basis of the Plaintiff's disabilities.

(D) Requiring that the Plaintiff be reinstated to her position with Defendant;

(E) Awarding the Plaintiff punitive damages so as to punish and deter Defendant from committing outrageous acts of discrimination in the future.

PLAINTIFF REQUESTS A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

| | |
|---|---|
| _July 17, 2019_____<br>Date | _/s/Nora Leto_____<br>Nora Leto, Esquire<br>Kaylor, Kaylor & Leto, P.A.<br>625 Commerce Drive, Suites 303-304<br>P.O. Box 7306<br>Lakeland, FL  33807-7306<br>(863) 619-6275<br>Bar #:  357111<br>nsl@kaylor-kaylor.com<br>chr@kaylor-kaylor.com |

**2019CA-002974-0000-00        Received in Polk 07/17/2019 04:18 PM**

EXHIBIT A

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>X EEOC | |

FLORIDA COMMISSION ON HUMAN RELATIONS and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | Home Telephone (Include Area Code) |
|---|---|
| Ms. Timethia Brown | |
| STREET ADDRESS  CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 7862 Canterbury Circle Lakeland FL 33810 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Advanced Concepts Innovations | | (863) 688-1200 |
| STREET ADDRESS  CITY, STATE AND ZIP CODE | | COUNTY |
| 4100 Frontage Rd S Lakeland FL 33815 | | |
| NAME | | TELEPHONE (Include Area Code) |
| STREET ADDRESS  CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX(ES)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| X RACE  ☐ COLOR  X SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  X DISABILITIY  ☐ OTHER (Specify) | EARLIEST  LATEST<br>/ /  05/14/18<br>CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I. PERSONAL HARM:

I have ptyalism which results in excessive saliva and it makes me throw up if I swallow the saliva. I also have excessive vomiting due to the condition. I was on FMLA which ended on 05/14/2018 for a difficult pregnancy. Employer told me they couldn't wait for me any longer and terminated me on 05/14/2018 when I came in. I was terminated due to my disability even though I was able to perform my job.

I was told I could not spit in a cup. I had a cubicle. Nobody could really see me except the girl next to me.

II. RESPONDENT'S REASON FOR ADVERSE ACTION:

I was called into a meeting in which I was told that I could not spit into a cup at my desk. I was told it was unsanitary and it made others uncomfortable. I was terminated upon my return to work from FMLA.

III. DISCRIMINATION STATEMENT:

I believe I was discriminated against and terminated due to my disability. I also believe that I may have been discriminated due to my race, which is African American

I believe I was discriminated against because of my disability in violation of the American's with Disabilities Act, 42 U.S.C. 12117.
I believe I was discriminated against because of my sex, female, and race, African American, in violation of Title VII of the Civil Rights Act of 1962, 42 U.S.C. § 2000e-5.

| X I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the | X Timethia Brown<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|

| processing of my charge in accordance with their procedures. | SIGNATURE OF COMPLAINANT | |
|---|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.  8/26/18  Date  X _Lenetthia Bree_  Charging Party (Signature) | NOTARY – (When necessary to meet State and Local Requirements) | MARIA JOHNSON State of Florida-Notary Public Commission # GG 119842 My Commission Expires June 28, 2021 |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (day, month, and year) 8/26/18 | |

EEOC FORM 5(REV. 06/92)                                                                                          CHARGING PARTY COPY

**2019CA-002974-0000-00         Received in Polk 07/17/2019 04:18 PM**

EXHIBIT B

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Timethia Brown
7862 Canterbury Circle
Lakeland, FL 33810

From: Tampa Field Office
501 East Polk Street
Room 1000
Tampa, FL 33602

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 511-2018-04711 | Raymond M. Nieves, Investigator | (813) 202-7949 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

*Evangeline Hawthorne*                            APR 19 2019

Enclosures(s)          Evangeline Hawthorne,          (Date Mailed)
                       Director

cc: Matthew Muller, President          Nora Leto, Esq.
    ADVANCED CONCEPTS INNOVATIONS      625 Commerce Drive Suites 303-304
    4100 Frontage Rd. S.               P.O. Box 7306
    Lakeland, FL 33815                 Lakeland, FL 33807

**2019CA-002974-0000-00        Received in Polk 07/17/2019 04:18 PM**